UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JUAN RIVERA,

        Petitioner,

v.        Case No. 6:07-cv-1704-Orl-35GJK

SECRETARY, DEPARTMENT OF
CORRECTIONS, ATTORNEY GENERAL OF
THE STATE OF FLORIDA,

        Respondents.
_____

## ORDER

This case is before the Court on the following motion:

| | |
|---|---|
| **MOTION:** | **PETITIONER'S APPLICATION FOR A CERTIFICATE OF APPEALABILITY (Doc. No. 17)** |
| **FILED:** | December 3, 2009 |
| | **THEREON** it is **ORDERED** that the motion is **DENIED**. |

This Court should grant an application for certificate of appealability only if Petitioner makes "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Petitioner has failed to make a substantial showing of the denial of a constitutional right.

**DONE AND ORDERED** in Orlando, Florida, this 10th day of December 2009.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies to:

sa 12/10

Counsel of Record

Juan Rivera